# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152094(5)

*In re* KEVIN J. RIEMAN

_____

ATTORNEY GRIEVANCE COMMISSION,
         Petitioner.

_____/

SC: 152094
ADB: 15-9-GA

On order of the Court, the motion for order to show cause is considered, and it is DENIED, because we are not persuaded that the Court should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016



Clerk

a1110